UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-3513 - SIMONTON

UNITED STATES OF AMERICA

vs.

JONNY LOPEZ LOPEZ,

   Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes __x__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
AILEEN M. CANNON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0101484
99 N. E. 4th Street
Miami, Florida  33132-2111
TEL (305) 961-9002
FAX (305) 530-7976

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 13-3513- SIMONTON |
| JONNY LOPEZ LOPEZ, | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 17, 2013** in the county of **Miami-Dade** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) and Title 18, United States Code, Section 1546(a). | The defendant, JONNY LOPEZ LOPEZ, an alien, having been previously deported and removed from the United States, was found to be in the United States, knowingly and unlawfully, without the Attorney General or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and the defendant, JONNY LOPEZ LOPEZ, did knowingly possess a counterfeited, altered, and falsely made document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, that is, an alien registration card, which the defendant knew to be counterfeited, altered, and falsely made, in violation of Title 18, Section 1546(a). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ALBERTO HERNANDEZ, CBP ENFORCEMENT OFFICER
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/18/13

_____
*Judge's signature*

City and state: Miami, Florida

ANDREA M. SIMONTON, U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Alberto Hernandez, a United States Customs and Border Protection (CBP) Officer, being duly sworn, hereby depose and state the following:

1. I have served as an officer with CBP since 2002, and since February 2008 specifically, I have worked in Enforcement at the Port of Miami in Miami, Florida.

2. As part of my duties as a CBP officer, I am responsible for investigating violations of the criminal statutes contained in the Immigration and Nationality Act, as amended, and related offenses contained in Titles 8 and 18 of the United States Code.

3. The facts included in this affidavit are based upon my own investigation, as well as information provided to me by others, including other law enforcement officials. This affidavit is submitted for the sole purpose of establishing probable cause in support of the arrest of Jonny LOPEZ LOPEZ. Accordingly, the affidavit does not include all of the facts of this investigation.

4. On or about October 17, 2013, CBP Officers conducting roving patrol at the Port of Miami apprehended Jonny LOPEZ LOPEZ, a citizen and national of Mexico, prior to his boarding the Fisher Island Ferry, located near Terminal "J", heading towards Fisher Island, Florida.

5. A CBP officer approached LOPEZ LOPEZ and asked him for identification. LOPEZ LOPEZ stated in response that he was an illegal alien in the United States. Another CBP Officer asked LOPEZ LOPEZ what document he presented to the Port Security Officer in order to enter the pier at Terminal "J," which is a secure area, and LOPEZ LOPEZ responded that he presented a permanent resident card in his possession.

6. Further investigation by CBP officers revealed that a wallet in LOPEZ LOPEZ's possession contained, among other documents and items, a U.S Department of Justice Immigration and

Naturalization Services Resident Alien Card bearing the name Jonny LOPEZ and alien number XXX XXX 357. Based on its appearance and lack of known security features, the Resident Alien Card appeared to be fraudulent.

7. LOPEZ LOPEZ was transported to the CBP Office at the Port of Miami for further verification and processing. Additional investigation revealed that LOPEZ LOPEZ was arrested by U.S. immigration authorities on October 07, 2002, and that he was subsequently ordered removed to Mexico on October 17, 2002, and prohibited from re-entering the United States without permission from the Attorney General of the United States or his successor.

8. LOPEZ LOPEZ is not a citizen or national of the United States, but is a native and citizen of MEXICO.

9. Following the removal of LOPEZ LOPEZ on October 17, 2002, there is no evidence that he applied for permission to re-enter the United States.

10. LOPEZ LOPEZ was advised of and waived his *Miranda* rights. He acknowledged that (1) his correct name is Jonny LOPEZ LOPEZ; (2) he is a citizen and national of Mexico; (3) he was arrested by immigration officials in 2002 and deported from the United States; (4) he was previously convicted in Florida for abandoning the scene of an accident and driving under the influence; (5) he re-entered the United States on or about 2002 after being removed, and that he did not request authorization from the United States to do so.

11. LOPEZ LOPEZ further admitted that the Resident Alien Card in his possession is false, that he purchased them himself, and that he presented it to port security officials at the Port of Miami in order to enter the security checkpoint at Terminal "J."

12. Further investigation revealed that the Alien Registration Card found in LOPEZ LOPEZ's wallet is fraudulent.

13. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that LOPEZ LOPEZ knowingly possessed a document prescribed by statute or regulation as evidence of authorized stay or employment in the United States, that is, an alien registration card, which the defendant knew to be forged, counterfeited, falsely made, procured by means of a false claim or statement, and otherwise procured by fraud and unlawfully obtained in violation of Title 18, United States Code, Section 1546(a).

14. Your affiant also submits that LOPEZ LOPEZ, Jonny, an alien, having previously been removed from the United States, was found to be in the United States, knowingly and unlawfully, without permission from the Attorney General of the United States or his successor, in violation of Title 8, United States Code, Section 1326.

FURTHER AFFIANT SAYETH NAUGHT

Alberto Hernandez, CBP Officer (Enforcement)
United States Customs and Border Protection

Subscribed to and sworn before me
This 18th day of October, 2013.

HONORABLE ANDREA M SIMONTON
UNITED STATES MAGISTRATE JUDGE