# MINUTE ORDER

Page 2

## Magistrate Judge Andrea M. Simonton

**Atkins Building Courthouse - 8th Floor**    Date: 10/18/13   Time: 01:30 PM

Defendant: Jonny Lopez-Lopez    J#: 01933-104   Case #: 13-3513-Simonton
AUSA: Aileen Cannon    Attorney:
Violation: FRAUD/MISUSE OF VISAS PERMITS & OTHER DOCUMENTS
Proceeding: Initial Appearance    CJA Appt:
Bond/PTD Held: ☐ Yes ☑ No   Recommended Bond:
Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Defendant advised or rights/charges

Defendant sworn; AFPD appointed

The Court finds Defendant partially indigent; Defendant to deposit $500.00 into the registry of the Court to defray the cost of counsel by 11/18/13

STIP $250K CSB w/Nebbia w/right to revisit; Special conditions to be set at Nebbia hearing (no hrg. held); Court sets

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraignment:   11/1/13   10:00 a.m.   Duty/Miami
Status Conference RE: CJA payment: 11/25/13   10:00 a.m.   Duty/Miami
D.A.R.   13:58:14/14:11:03    Time in Court:   6 mins

s/ *Andrea M. Simonton*    Magistrate Judge