UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-3513-Simonton

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JONNY LOPEZ LOPEZ,

      Defendant.
_____/

**DEFENDANT'S INVOCATION OF**
**RIGHT TO SILENCE AND COUNSEL**

    The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to, matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures, or that may be relevant to sentencing, enhanced punishments, factors applicable under the U. S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction, appeals or other post-trial proceedings.

    The defendant requests that the U. S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant.  Any

contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

                                      Respectfully submitted,

                                      MICHAEL CARUSO
                                      FEDERAL PUBLIC DEFENDER

BY:    s/ Kashyap P. Patel
        Kashyap P. Patel
        Assistant Federal Public Defender
        Florida Bar No. A5501373
        150 West Flagler Street
        Suite 1700
        Miami, Florida 33130-1555
        Tel: 305-530-7000
        Fax: 305-536-4559
        E-Mail Address: Kashyap_Patel@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2013, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and has served same via U.S. Mail to those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing

                                      s/ Kashyap P. Patel
                                      Kashyap P. Patel

K:\PatelK\Misc\Mag Court\Lopez - 10-18-13\SILENCE.MOT